UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN JEFFREY PRUETT,<br><br>Plaintiff<br><br>v.<br><br>CHARLES DANIELS, et al.,<br><br>Defendants | Case No. 3:24-cv-00533-MMD-CLB<br><br>**ORDER** |

On May 23, 2025, the Court screened Plaintiff's complaint under 42 U.S.C. § 1983. (ECF No. 5). The Court dismissed the complaint without prejudice and with leave to amend within 30 days. (*Id.*) Plaintiff filed a motion requesting an extension until August 22, 2025, to file an amended complaint. (ECF No. 7). The Court grants Plaintiff's motion. However, absent unusual circumstances, the Court does not anticipate granting any further requests for an extension.

Accordingly, **IT IS HEREBY ORDERED** that the deadline for Plaintiff to file an amended complaint is extended to **August 22, 2025**.

**IT IS FURTHER ORDERED** that pursuant to the Court's screening order, if Plaintiff fails to file an amended complaint by that extended deadline, this case will be subject to dismissal.

DATED THIS 23rd day of July 2025.

_____
UNITED STATES MAGISTRATE JUDGE