UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN JEFFREY PRUETT,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>CHARLES DANIELS,<br><br>　　　　　　　　　　Defendant | Case No. 3:24-cv-00533-MMD-CLB<br><br>**ORDER** |

On May 23, 2025, the Court screened Plaintiff's complaint under 42 U.S.C. § 1983. (ECF No. 5). The Court dismissed the complaint without prejudice and with leave to amend within 30 days. (*Id.*) Plaintiff filed a motion requesting an extension of time, which the Court granted. (ECF Nos. 7, 8.) Plaintiff has now filed a second motion requesting an extension of time. (ECF No. 9.) In his motion, Plaintiff states that he is actively working to find the names of various John Doe Defendants, but that he needs the help of his caseworker to do so, and that his case worker has been frequently absent from his unit. (*Id.* at 1-2.) The Court grants Plaintiff's motion and gives him until **October 10, 2025**, to file an amended complaint. However, absent unusual circumstances, the Court does not anticipate granting any further requests for an extension.

Accordingly, **IT IS HEREBY ORDERED** that the deadline for Plaintiff to file an amended complaint is extended to **October 10, 2025**.

**IT IS FURTHER ORDERED** that pursuant to the Court's screening order, if Plaintiff fails to file an amended complaint by that extended deadline, this case will be subject to dismissal.

DATED THIS 10th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE